# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| GARY WAYNE LANKFORD, | Case No.:  12-CV-1517 NJV |
| Plaintiff, | STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | & ORDER |
| Defendant | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff shall have a thirty-day extension of time to September 6, 2012, in which to present issues to the Social Security Administration regarding the appeal.


Dated:  August 8, 2012          *s/ Kenneth J. Collins*
                                KENNETH J. COLLINS
                                Attorney for Plaintiff

                                MELINDA L. HAAG
                                United States Attorney

Dated:  August 8, 2012          *s/ Patrick William Snyder*
                                PATRICK WILLIAM SNYDER
                                Special Assistant United States Attorney
                                (as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  **August 8, 2012** _____

                                _____
                                Hon. Nandor J. Vadas
                                United States Magistrate Judge

IT IS SO ORDERED
Judge Nandor J. Vadas