UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GARY WAYNE LANKFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No.: 12-CV-1517 NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br><br>& ORDER |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff shall have a thirty-day extension of time to September 6, 2012, in which to present issues to the Social Security Administration regarding the appeal.

Dated: August 8, 2012

*s/ Kenneth J. Collins*
KENNETH J. COLLINS
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: August 8, 2012

*s/ Patrick William Snyder*
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney
(as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 8, 2012

Hon. Nandor J. Vadas
United States Magistrate Judge

IT IS SO ORDERED
Judge Nandor J. Vadas

-1-