KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW.
P. O. BOX 1193
ARCATA, CA 95518
(707) 822-1611 FAX (707) 822-1044
EMAIL: aew1950@yahoo.com

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GARY LANKFORD, | Case No.: 1:12-cv-01517-NJV |
| Plaintiff, | **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | & ORDER |

TO THE HONORABLE NANDOR J. VADAS, MAGISTRATE JUDGE OF THE

DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Plaintiff Gary Lankford be awarded attorney fees

and expenses in the amount of THREE THOUSAND, TWO HUNDRED, AND FORTY-FOUR

dollars and 00/100 cents ($3,244.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C.

§ 2412(d).  This amount represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920;

2412(d).

& ORDER
Stipulation for the Award and Payment of Attorney Fees and Expenses
Pursuant to the Equal Access to Justice Act, Case No. 12-cv-01517-NJV-1-

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Mr. Lankford's assignment of EAJA fees to Kenneth J. Collins. The retainer agreement containing the assignment is attached as Exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Gary Lankford, but if the Department of the Treasury determines that Mr. Lankford does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Mr. Collins, pursuant to the assignment executed by Mr. Lankford. Any payments made shall be delivered to Mr. Collins.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of THREE THOUSAND, TWO HUNDRED AND FORTY-FOUR dollars and 00/100 cents ($3,244.00) in EAJA attorney fees, shall constitute a complete release from, and bar to, any and all claims that Plaintiff Gary Lankford and Plaintiff's Attorney Kenneth J. Collins may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's Attorney, Kenneth J. Collins to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: _____  /s/ *Kenneth J. Collins*
                          *(Per email authorization)*
                          KENNETH J. COLLINS
                          Attorney for Plaintiff

//

& ORDER
Stipulation for the Award and Payment of Attorney Fees and Expenses
Pursuant to the Equal Access to Justice Act, Case No. 12-cv-01517-NJV-2-

1 | Dated: _____ | MELINDA L. HAAG
United States Attorney
2 | | GRACE M. KIM
Regional Chief Counsel, Region IX
3 | | Social Security Administration

4 | | */s/ Patrick William Snyder*
PATRICK WILLIAM SNYDER
5 | | Special Assistant United States Attorney
Attorneys for Defendant

7 IT IS SO ORDERED.

8 Dated: May 13, 2013

_____
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Nandor J. Vadas]

& ORDER
Stipulation for the Award and Payment of Attorney Fees and Expenses
Pursuant to the Equal Access to Justice Act, Case No. 12-cv-01517-NJV-3-